UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA CHASE

    Plaintiff,

v.                                                     Case No. 5:22cv194-AW-HTC

KILOLO KIJAKAZI, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On October 17, 2022, the Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered her to pay the filing fee to the clerk within thirty (30) days. ECF Doc. 7. Plaintiff appealed that order to the district judge, ECF Doc. 8, who overruled Plaintiff's objection on November 15, 2022, ECF Doc. 10. On November 18, the Court ordered Plaintiff to either pay the filing fee or file a notice of voluntary dismissal by December 15, 2022. ECF Doc. 11. After Plaintiff failed to comply with the November 18 Order within the allotted time, the Court ordered her on January 4, 2023, to show cause within thirty (30) days why this case should not be dismissed. ECF Doc. 12. To date, Plaintiff has not responded to the January 4 Order or complied with the November 18 Order. Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)

Case No. 5:22cv00194-AW-HTC

Case 5:22-cv-00194-AW-HTC   Document 14   Filed 02/10/23   Page 2 of 2

Page 2 of 2

("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That Plaintiff's motion requesting appointment of counsel, ECF Doc. 3, be DENIED as moot.

3. That the clerk close the file.

At Pensacola, Florida, this 10th day of February, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 5:22cv00194-AW-HTC